ACCEPTED
06-14-00225-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/13/2015 3:11:29 PM
DEBBIE AUTREY
CLERK

**CAUSE NO. 06-14-00225-CR**
**CAUSE NO. 06-14-00226-CR**
**CAUSE NO. 06-14-00227-CR**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
4/13/2015 3:11:29 PM
DEBBIE AUTREY
Clerk

**THE COURT OF APPEALS**
**FOR THE SIXTH JUDICIAL DISTRICT**
**AT TEXARKANA**

_____

**ELIZABETH MENDOZA,**
**APPELLANT**

**V.**

**THE STATE OF TEXAS,**
**APPELLEE.**

_____

**CRIMINAL DISTRICT COURT NO. 6**
**DALLAS COUNTY, TEXAS**
**CAUSE NO. F12-61870-X, F13-34344-X, F13-40734-X**

_____

**APPELLANT'S MOTION FOR EXTENSION OF TIME**
**TO FILE BRIEF**

_____

**BRUCE ANTON**
**State Bar No. 01274700**

**SORRELS UDASHEN & ANTON**
**2311 Cedar Springs Road**
**Suite 250**
**Dallas, Texas 75201**
**214/468-8100**
**214/468-8104 - fax**
**ba@sualaw.com**

**Attorney for Appellant**

COMES NOW, Elizabeth Mendoza, Appellant herein, and moves this court to issue an extension of time to file Appellant's Brief, and support thereof would show the court as follows:

I.

Appellant's Brief is due on April 10, 2015. Attorney for the Appellant requests an additional 3 days, until April 13, 2015, to file the brief.

II.

The number and style of the case in the District Court is F12-61870-X, F13-34344-X, F13-40734-X, *State of Texas v. Elizabeth Mendoza.*

III.

In cause number F13-34344-X, Appellant was convicted of attempted possession of controlled substance. The Appellant plead true to motion to adjudicate. Appellant was sentenced before the judge to one year confinement.

In cause number F13-40734-X, Appellant was convicted of unauthorized use of a motor vehicle. The Appellant plead true to motion to adjudicate. Appellant was sentenced before the judge to ten months confinement.

In cause number F12-61870-X, Appellant was convicted of aggravated assault with a deadly weapon. The Appellant plead true to motion to adjudicate. Appellant was sentenced before the judge to six years confinement.

## IV.

The reason for this request is that during the last few weeks counsel has been preparing a petition for discretionary review in *Detra Phillips Webster v. The State of Texas,* case no. PD-0263-15 in the Texas Court of Criminal Appeals, preparing an Appellant's Brief on Direct Appeal in *Jose Alfaro v. The State of Texas*, case no. 05-14-01245-CR in the Fifth Court of Appeals of Texas, and also preparing an Appellant's Brief on Direct Appeal in *Christopher Barber v. State of Texas*, case no. 05-14-00602-CR in the Fifth Court of Appeals.

## V.

For the reasons set out above, counsel for Elizabeth Mendoza will, in reasonable likelihood, be unable to submit the briefing requested by this court. Counsel is asking for an extension of time of 3 days, or until approximately April 13, 2015, to file the brief.

WHEREFORE, PREMISES CONSIDERED, Appellant requests this court to grant an extension of time to file his Appellant's Brief until April 13, 2015.

RESPECTFULLY SUBMITTED,

  /s/ Bruce Anton
BRUCE ANTON
State Bar No. 01274700

SORRELS UDASHEN & ANTON
2311 Cedar Springs, Suite 250
Dallas, Texas 75201

(214) 468-8100
(214) 468-8104 - fax
ba@sualaw.com

ATTORNEY FOR APPELLANT

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the above entitled motion for extension of time to file brief was delivered via email to the Dallas County District Attorney's Office, dcdaappeals@dallascounty.org on April 13, 2015.

      /s/ Bruce Anton _
BRUCE ANTON